**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re
DONTAE LEVON BABERS
      Debtor(s)

Case No: 21-31640-WRS
Chapter 13

## TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

     The debtor's Chapter 13 case was filed on September 21, 2021.  A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015.  The Confirmation hearing for the debtor(s) plan was held on Thursday, November 18, 2021, and on that date the Court ordered the plan confirmed.

     Following is a Summary of the plan as confirmed by the Court.

1.  Payments and Length of Plan:

Amount of debtor(s) plan payments:

**DEBTOR PAY SCHEDULE**

| DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
|---|---|---|---|---|
| DONTAE LEVON BABERS | COCA COLA BOTTLING CO UNITED | 610.00 | MONTHLY | 10/21/2021 |

Period of payments: 48 months or until 0.00% is paid on allowed unsecured claims.

Payable to:    **Chapter 13 Trustee**
              **P. O. Box 613108**
              **MEMPHIS TN  38101-3108**

2.  Senior expenses and Administrative claims to be paid:

### ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $3,500.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $4.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $24.05 |
| Clerk of  Court | Filing Fee | $313.00 |

### SECURED, PRIORITY AND SPECIAL CLAIMS

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| FLAGSHIP CREDIT ACCEPTANCE LLC | Y | $12,875.00 | 5.25 % | $450.00 |
| INTERNAL REVENUE SERVICE | N | $3,422.88 | 0.00 % | $80.00 |
| W S BADCOCK CORP | Y | $1,000.00 | 5.25 % | $40.00 |

**Priority**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| ALABAMA CHILD SUPPORT | N | $0.00 | 0.00 % | $0.00 |

In re                                                          Case No: 21-31640-WRS
DONTAE LEVON BABERS                                                      Chapter 13
            Debtor(s)

3.  Payments on allowed unsecured claims (including undersecured claims) will be made after senior
    expenses and claims are paid.

Dated this Tuesday, November 23, 2021.          */s/ Sabrina L. McKinney*
                                                Sabrina L. McKinney
                                                Chapter 13 Standing Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest , by either
electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed,
this Tuesday, November 23, 2021.

                                                */s/ Sabrina L. McKinney*
                                                Sabrina L. McKinney
                                                Chapter 13 Standing Trustee